UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,                      Case No. 12-cv-15062

v                                         Honorable Thomas L. Ludington

JOEL I. WILSON, et al.,

        Defendants.
_____/

**ORDER GRANTING AMENDED MOTION TO SELL PROPERTY LOCATED AT 2222 WEISS STREET PURSUANT TO A PUBLIC AUCTION AND DENYING MOTION TO <u>SELL PROPERTY AS MOOT</u>**

On October 9, 2015, Receiver Randall L. Frank filed a Motion to Sell Property Located at 2222 Weiss Street Pursuant to a Public Auction. ECF No. 203. On October 12, 2015, Receiver Randall L. Frank filed an amended motion to sell the property at that location pursuant to a public auction. ECF No. 204. The receiver seeks to conduct the public auction on November 5, 2015 at 1:00 PM. Id. On October 13, 2015, Plaintiff Securities and Exchange Commission filed a response supporting the proposed sale. ECF No. 205.

On October 21, 2015, the Court issued an order directing that interested parties would have until October 27, 2015 to file any sufficient and material responses to the proposed sale. ECF No. 207. The Court received a single statement from Vicki Tedrow that is without substance and provides no foundation for the objection. ECF No. 206. Because the Court has not received any material responses from interested parties, the receiver's amended motion will be granted.

Accordingly, it is **ORDERED** that Receiver Randall L. Frank's Amended Motion to Sell Property Located at 2222 Weiss Street Pursuant to a Public Auction, ECF No. 204, is **GRANTED**.

It is further **ORDERED** that the objections filed by Vicki Tedrow are **OVERRULED**.

It is further **ORDERED** that Receiver Randall L. Frank's Motion to Sell Property Located at 2222 Weiss Street Pursuant to a Public Auction, ECF No. 203, is **DENIED as moot**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: October 29, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 29, 2015.

        s/Johnetta Curry Williams
        JOHNETTA CURRY WILLIAMS
        Acting Case Manager