# EXHIBIT

# 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,                  CIVIL ACTION No.  12-cv-15062

        v.                       HON. Thomas L. Ludington

JOEL I. WILSON, DIVERSIFIED
GROUP PARTNERSHIP MANAGEMENT,
LLC, and AMERICAN REALTY FUNDS
CORPORATION,

               Defendants.

_____/

**[PROPOSED] FINAL JUDGMENT AS TO DEFENDANT DIVERSIFIED**
**GROUP PARTNERSHIP MANAGEMENT, LLC**

The Securities and Exchange Commission having filed a Complaint and Defendant

Diversified Group Partnership Management ("Defendant" or "Diversified Group")  having

entered a general appearance; consented to the Court's jurisdiction over Defendant and the

subject matter of this action; consented to entry of this Final Judgment without admitting or

denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and

conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant is liable,

jointly and severally with Defendant Joel I. Wilson, for disgorgement of $391,760, representing

profits gained as a result of the conduct alleged in the Complaint, together with prejudgment

interest thereon in the amount of $129,798, for a total of $521,558.  Defendant's obligation to

pay disgorgement and prejudgment interest shall be deemed satisfied by the amounts collected

and distributed by the receiver at the conclusion of the receivership, based upon the Court's

approval of the receiver's submission of a final report and accounting.  At the request of the

SEC, no orders of permanent injunction or civil penalty will be entered against the Defendant.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _____, 2019

_____
THOMAS L. LUDINGTON
United States District Judge